IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                        Case No. 1:19-cr-10001

MARCO ANTHONY GUIRLANDO                                                         DEFENDANT

## ORDER

Before the Court is a Motion to Dismiss filed by the United States of America. ECF No. 72. The United States moves the Court to dismiss the Indictment as to Marco Anthony Guirlando in the above-captioned matter. Upon consideration, pursuant to Fed. R. Crim. P. 48(a), the Court finds that the motion should be and hereby is **GRANTED**. Accordingly, the Indictment is **DISMISSED**.

**IT IS SO ORDERED**, this 6th day of May, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge